UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE DESHAWN COOLEY,

    Plaintiff,

v.

FEDEX FREIGHT INC., et al.,

    Defendants.

_____/

Case No. 1:17-cv-700

HON. JANET T. NEFF

## ORDER

This is a civil action brought by a *pro se* litigant. Plaintiff filed a motion for injunctive relief. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 17, 2017, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Injunctive Relief (ECF No. 11) is DENIED.


Dated: September 6, 2017

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge