UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE COOLEY,

        Plaintiff,                                  Hon. Janet T. Neff

v.                                                      Case No. 1:17-cv-700

FEDEX FREIGHT INC., et al.,

        Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Defendants' Motion to Dismiss.  (ECF No. 18). Plaintiff initiated this action in the Eastern District of Michigan against FedEx Freight Inc., and FedEx employees Matt Schans, Kevin Thacker, and Stuart Baxter alleging violations of his rights under Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act (ADA).  The case was subsequently transferred to this Court.  Defendants Schans, Thacker, and Baxter now move for relief on the ground that Plaintiff's allegations fail to state a claim on which relief may be granted.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Defendants' motion be **granted**.

## ANALYSIS

Plaintiff seeks to hold Defendants Schans, Thacker, and Baxter individually accountable for alleged violations of Plaintiff's rights under Title VII and the ADA.  As Defendants correctly assert, however, neither Title VII nor the ADA provide for liability against individuals.  *See, e.g., Wathen v. General Electric Co.*, 115 F.3d 400, 405-06 (6th Cir. 1997) ("Congress did not intend

to provide for individual employee/supervisor liability under Title VII"); *Hopkins v. Canton City Board of Education*, 477 Fed. Appx. 349, 360 (6th Cir., Apr. 24, 2012) ("Title VII does not permit individual liability"); *Lee v. Michigan Parole Board*, 104 Fed. Appx. 490, 492-93 (6th Cir., June 23, 2004) ("Lee may not maintain an action under the ADA or the RA against the individual defendants identified in his complaint because neither the ADA nor the RA impose liability on individuals"); *Hawthorne-Burdine v. Oakland University*, 158 F.Supp.3d 586, 601 (E.D. Mich. 2016) (same).

## CONCLUSION

For the reasons articulated herein, the undersigned recommends that Defendants' Motion to Dismiss, (ECF No. 18), be **granted** and Plaintiff's claims against Defendants Schans, Thacker, and Baxter be dismissed.  The undersigned further recommends that appeal of this matter would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Dated: January 2, 2018    /s/ Ellen S. Carmody
ELLEN S. CARMODY
U.S. Magistrate Judge